**Order entered November 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00540-CV

## IN RE TOBY TOUDOUZE, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08531**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID J. SCHENCK
        JUSTICE